FILED
GREAT FALLS DIV.

'07 FEB 26 PM 12 38

PATRICK E. DUFFY, CLERK
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ELDON HUFFINE,<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD W. MOLLOY; KURT ALME;<br>LEIF ERICKSON; DOES 1-X; UNITED<br>STATES OF AMERICA,<br><br>                Defendants. | No. CV 06-61-H-SEH<br><br>**ORDER** |

On February 23, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F. 3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and

---

[1] Docket No. 8.

-1-

Recommendation and adopt them in full.

ORDERED:

Plaintiff's Motion to Proceed *in Forma Pauperis*[2] is DENIED.

Plaintiff shall have 10 days from the date of this Order to pay the full filing fee. If Plaintiff fails to pay, the Clerk of Court is directed to close the case.

DATED this 26th day of February, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.